**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 13-07148-CPM |
| | : | CHAPTER 13 |
| Christine Cooney | | |

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Jon M. Waage files this Notice of Final Cure Payment to the Creditor listed below that the amount required to complete the term of the plan has been received by the Trustee and disbursed to the following creditor (s) on June 26, 2018

**Name of Creditor**: **Select Portfolio Servicing**

**Final Cure Amount**

| Court Claim# | Account# | Default Claim Asserted | Default Allowed | Default Amount Paid |
|---|---|---|---|---|
| 6-2 | 4028 | $1,554.50 | $1,554.50 | $1,554.50 |

**Monthly ongoing Mortgage Payment**

Mortgage is Paid:

**$72,335.15** Paid through the Chapter 13 Conduit                $**0** Paid direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 26th day of June, 2018.

Christine Cooney
6915 South Trask Street
Tampa, FL. 33616

Robert M. Geller, Esq.
Law Offices of Robert M. Geller, P.A.
807 West Azeele Street
Tampa, FL. 33606-

Select Portfolio Servicing
3217 Decker Lake Drive
Salt Lake City, UT 84119


June 26, 2018

/s/ Jon M. Waage
Jon M. Waage
Chapter 13 Trustee
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone (941) 747-4644
Facsimile (941) 750-9266