**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**8 TAMPA DIVISION**

| | | |
|---|---|---|
| In re: Christine Cooney | § | Case No. 8:13-bk-07148-CPM |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Jon M Waage, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 05/30/2013.

2) The plan was confirmed on 03/13/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 05/21/2018.

6) Number of months from filing or conversion to last payment: 59.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $86,823.00.

10) Amount of unsecured claims discharged without full payment: $30,027.63.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 106,480.04 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 106,480.04 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 4,900.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 8,252.88 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 13,152.88 |
| Attorney fees paid and disclosed by debtor(s): | $ 1,000.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| Select Portfolio Servicing | Con | 165,433.00 | 172,692.41 | 172,692.41 | 72,335.15 | 0.00 |
| Select Portfolio Servicing | Sec | 0.00 | 0.00 | 0.00 | 1,554.50 | 0.00 |
| Cavalry Portfolio Services | Uns | 2,699.00 | 2,699.16 | 2,699.16 | 2,136.37 | 0.00 |
| American InfoSource LP as agent for | Uns | 2,390.00 | 2,390.54 | 2,390.54 | 1,892.10 | 0.00 |
| American InfoSource LP as agent for | Uns | 7,267.00 | 5,041.91 | 5,041.91 | 3,990.65 | 0.00 |
| American InfoSource LP as agent for | Uns | 1,804.00 | 1,258.68 | 1,258.68 | 996.24 | 0.00 |
| Quantum3 Group LLC | Uns | 1,925.00 | 1,925.42 | 1,925.42 | 1,523.96 | 0.00 |
| PRA Receivables Mgmt, LLC | Uns | 2,203.00 | 2,345.13 | 2,345.13 | 1,856.16 | 0.00 |
| Jefferson Capital Systems LLC | Uns | 0.00 | 560.70 | 560.70 | 443.79 | 0.00 |
| PRA Receivables Mgmt, LLC | Uns | 475.00 | 474.76 | 474.76 | 375.77 | 0.00 |
| LVNV Funding | Uns | 0.00 | 1,164.82 | 1,164.82 | 921.95 | 0.00 |
| CitiFinancial | Uns | 3,631.00 | 3,981.61 | 3,981.61 | 1,950.56 | 0.00 |
| LVNV Funding | Uns | 0.00 | 186.32 | 186.32 | 147.47 | 0.00 |
| PRA Receivables Mgmt, LLC | Uns | 0.00 | 1,612.15 | 1,612.15 | 1,276.01 | 0.00 |
| Cerastes LLC | Uns | 1,822.00 | 1,922.71 | 1,922.71 | 1,521.81 | 0.00 |
| Cerastes LLC | Uns | 511.00 | 511.28 | 511.28 | 404.67 | 0.00 |
| ABC AUTOS INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMSURG TAMPA BAY ANESTHESIA | Uns | 420.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| APPLIED BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BADCOCK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BADCOCK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL HFC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL HFC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAP ONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 1,827.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BP | Uns | 958.00 | NA | NA | 0.00 | 0.00 |
| CHEVRON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK AVENUE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK BRYLNHME | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK FASHBUG | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL BLAIR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CURTIS O BARNES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FASHION BUG SOANB | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB CHEVRON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB DILLARDS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB JCP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB LOWES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB SAMS CLUB | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB SAMS CLUB | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HFC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HFC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HNB AUTOLE | Uns | 550.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC NV | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MEMORIAL HOSPITAL OF TAMPA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY & AFFIL | Uns | 1,863.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY & AFFIL | Uns | 1,836.00 | NA | NA | 0.00 | 0.00 |
| PRINCIPAL RESIDENTL MT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY | Uns | 16,623.00 | NA | NA | 0.00 | 0.00 |
| THD CBNA | Uns | 1,344.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WFDS WDS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WFFINANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WFFINANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| Robert M. Geller, Esq. | Lgl | 0.00 | 4,100.00 | 4,100.00 | 3,100.00 | 0.00 |
| Robert M. Geller, Esq. | Lgl | 0.00 | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 172,692.41 | $ 72,335.15 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 1,554.50 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 172,692.41 | $ 73,889.65 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 26,075.19 | $ 19,437.51 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 13,152.88 |
| Disbursements to Creditors | $ 93,327.16 |
| **TOTAL DISBURSEMENTS:** | $ 106,480.04 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 08/30/2018          By: /s/ Jon M Waage
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)